QUIN DENVIR, Bar #49374
Federal Defender
MARK A. LIZÁRRAGA, CA Bar #186240
Assistant Federal Defender
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
VICTOR SOLANO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 1:05-0102 OWW |
| Plaintiff, | STIPULATION TO CONTINUE STATUS CONFERENCE HEARING; AND ORDER THEREON |
| v. | |
| SANH CHAN THAI, etc., et al., | Date: October 11, 2005<br>Time: 1:30 p.m.<br>Judge: Hon. Oliver W. Wanger |
| Defendants. | |

**IT IS HEREBY STIPULATED** by and between the parties hereto and through their respective attorney of record herein, that the Status Conference Hearing scheduled for August 29, 2005 is hereby continued to **October 11, 2005 at 1:30 p.m.**

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for effective defense

///
///
///
///
///
///
///
///

1  preparation pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and 3161(h)(B)(iv).

2  DATED: August 25, 2005                    MCGREGOR W. SCOTT
                                             United States Attorney
3

4
                                             /s/ Jonathan B. Conklin
5                                            JONATHAN B. CONKLIN
                                             Assistant U.S. Attorney
6                                            Attorney for Plaintiff

7
   DATED: August 25, 2005
8

9                                            /s/ Stephen Mensel
                                             STEPHEN MENSEL
10                                           Attorney for Defendant
                                             SANH CHAN THAI
11

12 DATED:  August 25, 2005                   QUIN DENVIR
                                             Federal Defender
13

14
                                             /s/ Mark A. Lizárraga
15                                           MARK A. LIZÁRRAGA
                                             Assistant Federal Defender
16                                           Attorney for Defendant
                                             VICTOR SOLANO
17

18 DATED: August 25, 2005                    LAW OFFICE OF PATIENCE MILROD

19
                                             /s/ Patience Milrod
20                                           PATIENCE MILROD
                                             Attorney for Defendant
21                                           JUN GAO

22                                **O R D E R**

23     IT IS SO ORDERED.  Time is excluded in the interests of justice pursuant to 18 U.S.C. §§

24 3161(h)(8)(A) and 3161(h)(B)(iv).

25     DATED: August __25___, 2005
                                             /S/OLIVER W. WANGER
26                                           _____
                                             OLIVER W. WANGER
27                                           U.S. District Court Judge for the
                                             Eastern District of California
28

Stipulation to Continue Status Conference         2