STEPHEN MENSEL
Attorney at Law, Cal. Bar No. 55926
1221 Van Ness Ave., Suite 305
Fresno, CA 93721.1720
Telephone: 559.237.2600
smenselatty@sbcglobal.net

Counsel for Defendant
SANH CHAN THAI

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) 1:05-cr-102 OWW |
|---|---|
| Plaintiff, | ) STIPULATION AND ORDER MODIFYING<br>) THE CONDITIONS OF BOND |
| vs. | ) |
| SANH CHAN THAI, | ) |
| Defendant. | ) |

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff, United States of America, by and through its attorney of record, Assistant United States Attorney, Jonathan B. Conklin, and defendant Sanh Chan Thai, by and through his attorney of record, Stephen Mensel, that the conditions of bond previously set be modified to allow Mr. Thai to travel to Philadelphia, PA, for a period of up to seven days to visit his cousin who is in critical condition in the hospital:

All other conditions previously set remain in effect.

Mr. Thai is on courtesy supervision from a $100,000 bond in a related case in the Central District of California: U.S. v. Sanh Thai; 2:04-cr-01261. District Judge Dale S. Fisher in that matter ordered on September 22, 2005, the requested amendment to Mr. Thai's conditions of release. Reference is requested to that docket and order and the declaration of Central District Counsel and exhibits submitted in support of the requested modification of conditions. The affidavit and exhibits are hereby adopted by this Eastern District counsel for Mr. Thai and attached as exhibits.

////

Respectfully submitted,

Dated: September 28, 2005              /s/Stephen Mensel
                                       STEPHEN MENSEL, Attorney for Defendant

                                       McGREGOR W. SCOTT
                                       United States Attorney

Dated: September 28, 2005              /s/Jonathan B.Conklin
                                       JONATHAN B. CONKLIN
                                       Assistant U.S. Attorney

## ORDER

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED THAT, the bond conditions previously set in this matter be modified to allow defendant, Sanh ChanThai, to travel to Philadelphia, PA, for a period of up to seven days. Once this seven day period is determined, Mr. Thai is ordered to provide pre-trial services in Los Angeles and Fresno 24 hours notice of his departure and provide contact information to pre-trial while he is in Philadelphia.

DATED:  September __, 2005             /s/ OLIVER W. WANGER
                                       OLIVER W. WANGER
                                       United States District Judge