1  STEPHEN MENSEL
   Attorney at Law, Cal. Bar No. 55926
2  1221 Van Ness Ave., Suite 305
   Fresno, CA 93721.1720
3  Telephone: 559.237.2600
   smenselatty@sbcglobal.net
4
   Counsel for Defendant
5  SANH CHAN THAI

6

7

8             IN THE UNITED STATES DISTRICT COURT

9           FOR THE EASTERN DISTRICT OF CALIFORNIA

10 UNITED STATES OF AMERICA,           ) Case No. 1:05-cr-00102 OWW
                                       )
11 Plaintiff,                          ) STIPULATION AND ORDER MODIFYING
                                       ) THE CONDITIONS OF BOND
12 vs.                                 )
                                       )
13 SANH CHAN THAI,                     )
                                       )
14 Defendant.                          )

15       IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff, United

16 States of America, by and through its attorney of record, Assistant United States

17 Attorney, Jonathan B. Conklin, and defendant Sanh Chan Thai, by and through his

18 attorney of record, Stephen Mensel, that the conditions of bond previously set be

19 modified to allow Mr. Thai to travel within the United States for periods of up to 5 days

20 upon the prior written approval of the United States Pretrial Services Agency.

21 ////
22 ////
23 ////
24 ////
25 ////
26 ////
27 ////
28 ////
29 ////

PDF created with pdfFactory trial version www.pdffactory.com

All other conditions previously set remain in effect.

    Respectfully submitted,

Dated: October 17, 2005    /s/Stephen Mensel
STEPHEN MENSEL, Attorney for Defendant

McGREGOR W. SCOTT
United States Attorney

Dated: October 24, 2005    /s/Jonathan B. Conklin
JONATHAN B. CONKLIN
Assistant U.S. Attorney

## ORDER

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED THAT, the bond conditions previously set in this matter be modified to allow Mr. Thai to travel within the United States outside the Central and Eastern Districts of California for the purpose of employment for periods of up to 5 days upon the prior written approval of the United States Pretrial Services Agency.

DATED: October __, 2005    /s/ OLIVER W. WANGER

OLIVER W. WANGER
United States District Judge

PDF created with pdfFactory trial version www.pdffactory.com